UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLEN WILLIAM KOON,<br><br>    Defendant. | Case No. 2:16-cr-00160-KJD-PAL<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for Tuesday, October 25, 2022 at 3:00 p.m., be vacated and continued to December 16, 2022 at 2:00 pm in LV Courtroom 3A before Magistrate Judge Cam Ferenbach.

    DATED this 24 day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3