UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ALLEN WILLIAM KOON,<br><br>            Defendant. | Case No. 2:16-cr-00160-KJD-PAL<br><br>**ORDER – Denying Motion for Status of Supervised Release Hearing** |

Presently before the Court is Defendant's Motion for Status of Supervised Release Hearing (#46). The United States did not respond in opposition, and the time to do so has passed. Defendant is requesting a supervised release hearing so that he can share his progress with the Court. (#46, at 1). On March 7, 2023, Defendant was released from custody and commenced his 54-month term of supervised release. Id. at 1. Although the Court applauds Defendant's progress while on supervised release, a hearing at this time would be premature.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Status of Supervised Release Hearing (#46) is **DENIED**.

Dated this 25th day of October 2023.

_____
Kent J. Dawson
United States District Judge